UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALLISON L. WOODS,<br><br>   Plaintiff<br><br>v.<br><br>THE JACKSON LABORATORY,<br><br>   Defendant. | CIVIL ACTION<br>Docket No: 1:16-cv-00611-DBH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCUEDRE 41(a)(1)(ii)

NOW COME the parties to this action, through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, including claims for attorneys' fees, that were or could have been asserted therein, with prejudice and without costs.

Date: September 6, 2017           Jointly submitted,

/s/*Kristin L. Aiello*           */s/Katharine I. Rand*
Kristin L. Aiello, Esq.          Katharine I. Rand, Esq.

*/s/Peter M. Rice*            /s/*Elizabeth B. Rao*
Peter M. Rice, Esq.           Elizabeth B. Rao, Esq.
Disability Rights Maine         Pierce Atwood, LLP
24 Stone Street, Suite 204        254 Commercial St
Augusta, ME 04330          Portland, ME 04101
(207) 626-2774            (207) 791-1100
kaiello@drme.org           krand@pierceatwood.com
pmrice@drme.org           lrao@pierceatwood.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2017, I electronically filed this with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Katharine I. Rand
Elizabeth B. Rao
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
207-791-1100
krand@pierceatwood.com
lrao@pierceatwood.com

Counsel for Defendant

Date:   September 6, 2017              /s/*Kristin L. Aiello*
                                                  Kristin L. Aiello, Esq.
                                                  Disability Rights Maine
                                                  24 Stone Street, Suite 204
                                                  Augusta, ME 04330
                                                  (207) 626-2774